**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-22204-CIV-WILLIAMS

EARLENE BARKSDALE-STARKES,

    Plaintiff,

vs.

CARNIVAL CORPORATIONS, *et al.*,

    Defendants.
    _____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Torres' Report & Recommendation. (DE 29). The Report recommends that Defendants' motion to dismiss be granted in part and denied in part. Plaintiff filed objections to the Report. (DE 31). Defendants filed a response to Plaintiff's objections (DE 32) and Plaintiff filed a reply (DE 33). After a careful review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 29) is **AFFIRMED AND ADOPTED**.

2. Defendants' motion to dismiss (DE 14) Counts I, III, IV, and V is **DENIED**. Defendants' motion to dismiss Count II is **GRANTED**.

3. To the extent Plaintiff is able to adequately replead Count II, Plaintiff may file an amended complaint on or before December 17, 2020. If Plaintiff has not filed any amended complaint by December 17, 2020, Defendants shall submit an answer to the Complaint filed on May 27, 2020 by January 7, 2021.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>3rd</u> day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE